No. 71–392.  KAHN *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 71–419.  BATES INDUSTRIES, INC. *v.* DAYTONA SPORTS CO. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 71–424.  HAYUTIN *v.* COLORADO STATE DEPARTMENT OF HIGHWAYS.  Sup. Ct. Colo.  Certiorari denied.

No. 71–433.  RICHARDSON *v.* UNITED STATES ET AL. C. A. 3d Cir.  Certiorari denied.

No. 71–440.  GREAT SOUTHWEST WAREHOUSES, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir. Certiorari denied.

No. 71–442.  PHILPOTT, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. *v.* HILL.  C. A. 7th Cir.  Certiorari denied.

No. 71–456.  HUMPHREYS, TRUSTEE *v.* NISSHO AMERICAN CORP.  C. A. 5th Cir.  Certiorari denied.

No. 71–461.  MENDELL *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–466.  MILLS *v.* SMALL.  C. A. 9th Cir.  Certiorari denied.

No. 71–468.  UNITED AIR LINES, INC. *v.* SPROGIS. C. A. 7th Cir.  Certiorari denied.

No. 71–469.  HENDERSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–472.  DUGAN ET AL. *v.* DIEBER.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.